ACCEPTED
15-25-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/29/2025 1:49 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00003-CV**

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/29/2025 1:49:11 PM
CHRISTOPHER A. PRINE
Clerk

LONE STAR NGL PRODUCT SERVICES, LLC
(*in its own capacity and as assignee*),
*Plaintiff/Joint Petitioner,*

**v.**

EAGLECLAW MIDSTREAM VENTURES LLC
AND CR PERMIAN PROCESSING, LLC,
*Defendants/Joint Petitioners.*

Petition for Permissive Interlocutory Appeal
from the Texas Business Court, 11th Division
Trial Court No. 24-BC11A-0004

## JOINT STATUS REPORT

**NORTON ROSE FULBRIGHT**
Andrew Price
State Bar No. 24002791
andrew.price@nortonrosefulbright.com
Rafe A. Schaefer
Abraham Chang
Timothy Shinn
1550 Lamar St. Suite 2000
Houston, Texas 77010
(713) 651-5151

**ALEXANDER DUBOSE & JEFFERSON**
William J. Boyce
State Bar No. 02760100
bboyce@adjtlaw.com
1844 Harvard St.
Houston, Texas 77008
(713) 523-2358

**ATTORNEYS FOR PLAINTIFF/ JOINT PETITIONER**

**BECK REDDEN LLP**
Fields Alexander
State Bar No. 00783528
falexander@beckredden.com
Thomas E. Ganucheau
Mary Kate Raffetto
Parth S. Gejji
Garrett S. Brawley
Cassie Maneen
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
(713) 951-3700

**ATTORNEYS FOR DEFENDANTS/
JOINT PETITIONERS**

On July 31, 2025, this Court issued its Opinion and Order. This Court noted that while this appeal was pending, the Legislature passed House Bill 40, which allows parties to agree to remove cases within the Business Court's jurisdiction, even in cases commenced *before* September 1, 2024. Opinion and Order at 1-2; *see also* Tex. Gov't Code § 25A.021.

This Court concluded that Section 8 of the act that created the Business Court in 2023 (House Bill 19) is *not* a jurisdictional limitation when the parties agree to remove a civil action that was commenced before September 1, 2024, and the case otherwise meets the Business Court's jurisdictional requirements. Opinion and Order at 2. This Court abated this appeal and remanded to the Business Court with instructions that the Business Court determine whether to grant permission to proceed with this case pursuant to Texas Government Code § 25A.021 when it became effective on September 1, 2025. *Id.* at 2, 6.

The Court also ordered the parties to file a status report informing the Court of the status of the case and whether this appeal should be dismissed or reinstated within 20 days of the Business Court's determination. *Id.* at 6.

As a result, the parties file this joint status report.

On August 8, 2025, the case was transferred from Business Court Division 11A to Division 11B for administrative purposes. **Ex. A**. The case below was assigned as Cause No. 24-BC11B-0004. *Id.*

On August 20, 2025, the parties filed a joint letter requesting that the Business Court modify, reverse, vacate, or replace the December 20, 2024 order remanding the case back to Harris County District Court and instead allow the lawsuit to proceed in Business Court pursuant to Texas Government Code § 25A.021. **Ex. B**.

On September 15, 2025, the Business Court granted the parties' request to proceed in Texas Business Court in light of § 25A.021. **Ex. C**.

In light of this Court's Opinion and Order and the September 15, 2025 Business Court Order, the proper course would be to: (1) reinstate this appeal, and (2) issue a judgment that vacates the December 20, 2024 order remanding the case back to Harris County District Court and that remands this case back to the Business Court for further proceedings. Such a disposition would allow this case to proceed in the Business Court to ultimate conclusion.

## PRAYER FOR RELIEF

The Court should reinstate this appeal, and issue a judgment that vacates the December 20, 2024 order remanding the case back to Harris County District Court *and* that remands this case back to the Business Court for further proceedings.

Respectfully submitted,

**NORTON ROSE FULBRIGHT**

By: */s/ Andrew Price (by permission)*
    Andrew Price
    State Bar No. 24002791
    andrew.price@nortonrosefulbright.com
    Rafe A. Schaefer
    State Bar No. 24077700
    rafe.schaefer@nortonrosefulbright.com
    Abraham Chang
    State Bar No. 24102827
    abraham.chang@nortonrosefulbright.com
    Timothy Shinn
    State Bar No. 24125409
    timothy.shinn@nortonrosefulbright.com
1500 Lamar Ave. Suite 2000
Houston, TX 77010
(713) 651-5151

**ALEXANDER DUBOSE & JEFFERSON**
    William J. Boyce
    State Bar No. 02760100
    bboyce@adjtlaw.com
1844 Harvard St.
Houston, Texas 77008
(713) 523-2358

**ATTORNEYS FOR PLAINTIFF/
JOINT PETITIONER**

**BECK REDDEN LLP**

By: */s/ Fields Alexander*
    Fields Alexander
    State Bar No. 00783528
    falexander@beckredden.com
    Thomas E. Ganucheau
    State Bar No. 00784104
    tganucheau@beckredden.com
    Mary Kate Raffetto
    State Bar No. 24098296
    mkraffetto@beckredden.com
    Parth S. Gejji
    State Bar No. 24087575
    pgejji@beckredden.com
    Garrett S. Brawley
    State Bar No. 24095812
    gbrawley@beckredden.com
    Cassie Maneen
    State Bar No. 24120989
    cmaneen@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
(713) 951-3700
(713) 951-3720 – Fax

**ATTORNEYS FOR DEFENDANTS/
JOINT PETITIONERS**

# Exhibit A

FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
8/8/2025



## THE BUSINESS COURT OF TEXAS

| | | |
|---|---|---|
| LONE STAR NGL PRODUCT SERVICES, LLC, (in its own capacity and as assignee), | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Cause No. 24-BC11A-0004 |
| EAGLECLAW MIDSTREAM VENTURES, LLC and CR PERMIAN PROCESSING, LLC, | § § § § | |
| *Defendants*. | § § | |

---

## TRANSFER AND ABATEMENT ORDER

---

**IT IS HEREBY ORDERED** that the Business Court Clerk transfer the above-styled cause from Business Court Division 11A to Business Court Division 11B, for administrative purposes of the Court. The new cause number shall be 24-BC11B-0004. Pursuant to the ruling of the 15th Court of Appeals in *Lone Star NGL Prod. Servs., LLC v. EagleClaw Midstream Ventures, LLC, et al.*, No. 15-25-00003-CV, this matter shall be abated pending further order of the Court, or September 1, 2025, whichever shall first occur.

Copy from re:SearchTX

**IT IS FURTHER ORDERED** that the Business Court Clerk give notice of this Order to each attorney of record and unrepresented party, if any, who have made an appearance.

_____
HON. GRANT DORFMAN
PRESIDING JUDGE, TEXAS BUSINESS COURT

DATED: August 8, 2025

Copy from re:SearchTX

# Exhibit B

E-filed in the Office of the Clerk
for the Business Court of Texas
8/20/2025 1:33 PM
Accepted by: Alexis Jennings
Case Number: 24-BC11B-0004

**NORTON ROSE FULBRIGHT**

August 20, 2025

**Via e-filing**

Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
United States of America

Direct line +1 713 651 5141
andrew.price@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246

The Honorable Grant Dorfman
Texas Business Court
Eleventh Division
301 Fannin Street
Houston, TX 77002

Re:  No. 24-BC11B-0004, *Lone Star NGL Product Services, LLC (in its own capacity and as assignee) v. EagleClaw Midstream Ventures, LLC and CR Permian Processing, LLC –* Joint Letter Requesting Permission to Proceed in the Business Court Pursuant to Section 25A.021 of the Government Code

Dear Judge Dorfman:

Lone Star NGL Product Services, LLC, EagleClaw Midstream Ventures, LLC, and CR Permian Processing, LLC (collectively, the "Parties") jointly write regarding the July 31, 2025 Opinion and Order from the Fifteenth Court of Appeals. *Lone Star NGL Prod. Services LLC v. EagleClaw Midstream Ventures LLC*, No. 15-25-00003-CV, 2025 WL 2318307 (Tex. App. [15th Dist.] July 31, 2025).

The Parties respectfully request the Court modify, reverse, vacate, or replace the December 20, 2024 order remanding this case to the 61st District Court. The parties ask that the Court allow this lawsuit to proceed in the Texas Business Court, pursuant to Section 25A.021.

299357705

Respectfully submitted,

/s/  *Andrew P. Price*

    Andrew P. Price
    Texas Bar No. 24002791
    andrew.price@nortonrosefulbright.com
    Rafe A. Schaefer
    Texas Bar No. 24077700
    rafe.schaefer@nortonrosefulbright.com
    Timothy Shinn
    Texas Bar No. 24125409
    timothy.shinn@nortonrosefulbright.com
    Ta'Chelle Jones
    tachelle.jones@nortonrosefulbright.com
    State Bar No.  24142532
    Kaileigh Mallin
    State Bar No:  24143710
    kaileigh.mallin@nortonrosefulbright.com
Norton Rose Fulbright US LLP
Fulbright Tower
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

William J. Boyce
State Bar No. 02760100
bboyce@adjtlaw.com
Alexander Dubose & Jefferson LLP
1844 Harvard Street
Houston, Texas 77008-4342
Telephone: (713) 523-2358
Facsimile: (713) 522-4553

*Attorneys for Plaintiff Lone Star NGL Product Services LLC*

/s/  *Fields Alexander*

    Fields Alexander
    State Bar No. 00783528
    falexander@beckredden.com
    Thomas E. Ganucheau
    State Bar No. 00784104
    tganucheau@beckredden.com
    Mary Kate Raffetto
    State Bar No. 24098296
    mkraffetto@beckredden.com
    Parth S. Gejji
    State Bar No. 24087575
    pgejji@beckredden.com
    Garrett S. Brawley
    State Bar No. 24095812
    gbrawley@beckredden.com
    Cassie Maneen
    State Bar No. 24120989
    cmaneen@beckredden.com
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720

*Attorneys for Defendants EagleClaw Midstream Ventures, LLC and CR Permian Processing, LLC*

299357705

Copy from re:SearchTX

NORTON ROSE FULBRIGHT

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Letter complies with Rule 5 of the Local Rules of the Texas Business Court. The total word count is 101, inclusive of footnotes and endnotes, but excluding the case caption, any index, table of contents or table of authorities, signature blocks, attached evidence, or required certificates.

*/s/ Andrew Price*
Andrew Price

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of this instrument to be served electronically, in accordance with the Texas Rules of Civil Procedure, on August 20, 2025, on all counsel of record.

*/s/ Andrew Price*
Andrew Price

Copy from re:SearchTX

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angelina Martinez on behalf of Rafe Schaefer
Bar No. 24077700
angelina.martinez@nortonrosefulbright.com
Envelope ID: 104620693
Filing Code Description: No Fee Documents
Filing Description: Joint Letter Requesting Permission to Proceed in the Business Court Pursuant to Section 25A.021 of the Government Code
Status as of 8/20/2025 1:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy Hickman | | cindy.hickman@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |
| Rafe AronSchaefer | | rafe.schaefer@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |
| Andrew Price | | andrew.price@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |
| Thomas Ganucheau | 784104 | tganucheau@beckredden.com | 8/20/2025 1:33:23 PM | SENT |
| Fields Alexander | 783528 | falexander@beckredden.com | 8/20/2025 1:33:23 PM | SENT |
| Abraham Chang | | abraham.chang@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |
| Garrett Brawley | 24095812 | gbrawley@beckredden.com | 8/20/2025 1:33:23 PM | SENT |
| Angelina Martinez | | angelina.martinez@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |
| Cassie Maneen | | cmaneen@beckredden.com | 8/20/2025 1:33:23 PM | SENT |
| Timothy Shinn | | timothy.shinn@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |
| Business Court 11A | | BCDivision11A@txcourts.gov | 8/20/2025 1:33:23 PM | SENT |
| Division 11B | | BCDivision11B@txcourts.gov | 8/20/2025 1:33:23 PM | SENT |

Associated Case Party: EagleClaw Midstream Ventures, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Parth S.Gejji | | pgejji@beckredden.com | 8/20/2025 1:33:23 PM | SENT |
| Jean C.Frizzell | | jfrizzell@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |
| Brandon T.Allen | | ballen@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |
| Alexandra Meir | | ameir@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |
| Misty Davis | | mdavis@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |
| Adi Sirkes | | asirkes@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angelina Martinez on behalf of Rafe Schaefer
Bar No. 24077700
angelina.martinez@nortonrosefulbright.com
Envelope ID: 104620693
Filing Code Description: No Fee Documents
Filing Description: Joint Letter Requesting Permission to Proceed in the Business Court Pursuant to Section 25A.021 of the Government Code
Status as of 8/20/2025 1:36 PM CST

Associated Case Party: EagleClaw Midstream Ventures, LLC

| | | | | |
|---|---|---|---|---|
| Adi Sirkes | | asirkes@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |
| Suni Blue | | sblue@reynoldsfrizzell.com | 8/20/2025 1:33:23 PM | SENT |

Associated Case Party: Lone Star NGL Product Services LLC (in its own capacity and as assignee)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ta'chelle Jones | | Tachelle.jones@nortonrosefulbright.com | 8/20/2025 1:33:23 PM | SENT |

Copy from re:SearchTX

# Exhibit C



## THE BUSINESS COURT OF TEXAS
### ELEVENTH DIVISION

| | | |
|---|---|---|
| LONE STAR NGL PRODUCT SERVICES, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Cause No. 24-BC11B-0004 |
| EAGLECLAW MIDSTREAM VENTURES, LLC and CR PERMIAN PROCESSING, LLC, | § § § § § | |
| *Defendants.* | § | |

### ORDER GRANTING THE PARTIES' REQUEST TO PROCEED IN THE TEXAS BUSINESS COURT

On this day, the Court considered the joint letter filed by the parties requesting permission to proceed in the Texas Business Court, in light of the new statutory provision codified at TEX. GOV'T CODE §25A.021. After considering the request, the Court is of the opinion that it should be and is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: September 15, 2025

HON. GRANT DORFMAN
PRESIDING JUDGE, TEXAS BUSINESS COURT

Copy from re:SearchTX

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Parth Gejji
Bar No. 24087575
jcrochet@beckredden.com
Envelope ID: 106203499
Filing Code Description: Other Document
Filing Description: Joint Status Report
Status as of 9/29/2025 2:53 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy Hickman | | cindy.hickman@nortonrosefulbright.com | 9/29/2025 1:49:11 PM | SENT |
| Fields Alexander | | falexander@beckredden.com | 9/29/2025 1:49:11 PM | SENT |
| Angelina Martinez | | angelina.martinez@nortonrosefulbright.com | 9/29/2025 1:49:11 PM | SENT |
| Parth S.Gejji | | pgejji@beckredden.com | 9/29/2025 1:49:11 PM | SENT |
| Rafe Schaefer | 24077700 | rafe.schaefer@nortonrosefulbright.com | 9/29/2025 1:49:11 PM | SENT |
| Mary Raffetto | | mkraffetto@beckredden.com | 9/29/2025 1:49:11 PM | SENT |
| Abraham Chang | 24102827 | abraham.chang@nortonrosefulbright.com | 9/29/2025 1:49:11 PM | SENT |
| Garrett S.Brawley | | gbrawley@beckredden.com | 9/29/2025 1:49:11 PM | SENT |
| William Boyce | 2760100 | bboyce@adjtlaw.com | 9/29/2025 1:49:11 PM | SENT |
| Cassie Maneen | | cmaneen@beckredden.com | 9/29/2025 1:49:11 PM | SENT |
| Timothy Shinn | 24125409 | Timothy.shinn@nortonrosefulbright.com | 9/29/2025 1:49:11 PM | SENT |
| Latonya McPherson | | lmcpherson@adjtlaw.com | 9/29/2025 1:49:11 PM | SENT |
| Andrew Price | | andrew.price@nortonrosefulbright.com | 9/29/2025 1:49:11 PM | SENT |
| Stacey Jett | | sjett@adjtlaw.com | 9/29/2025 1:49:11 PM | SENT |
| Thomas Ganucheau | | tganucheau@beckredden.com | 9/29/2025 1:49:11 PM | SENT |